JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>        Plaintiff,<br><br>    v.<br><br>LESLEY KLEIN et al.,<br><br>        Defendants. | Case No. CV 10-9038-CJC (JPR)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: _November 4_, 2011

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
CORMAC J. CARNEY
United States District Judge