JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VANCE BLAINE, | Case No. CV 10-9038-CJC (JPR) |
| Plaintiff, | JUDGMENT |
| v. |  |
| LESLEY KLEIN et al., |  |
| Defendants. |  |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: _November 4_, 2011

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

CORMAC J. CARNEY
United States District Judge